```
          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 07-cr-23-PB

**Matthew Cormier**

## O R D E R

The defendant, through counsel, has moved to continue the May 1, 2007 trial in the above case, citing counsel's involvement in another case which has prevented him from sufficiently preparing for trial in this matter. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2007 to June 5, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The April 25, 2007 final pretrial conference is continued to
May 23, 2007 at 4:30 p.m.

   SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

April 26, 2007

cc:  Peter Papps, AUSA
     Harry Batchelder, Esq.
     United States Probation
     United States Marshal