**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                   Case No. 07-cr-23-PB

<u>Matthew Cormier</u>

**O R D E R**

    The defendant, through counsel, has moved to continue the June 5, 2007 trial in the above case, citing counsel's involvement in another case which has prevented him from sufficiently preparing for trial in this matter.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to July 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 23, 2007 final pretrial conference is continued to June 28, 2007 at 4:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 22, 2007

cc: Peter Papps, AUSA
    Harry Batchelder, Esq.
    United States Probation
    United States Marshal