**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

    **v.**                                                          Case No. 07-cr-23-PB

<u>**Matthew Cormier**</u>


**<u>O R D E R</u>**

The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need additional time to schedule a plea hearing in late September in conjunction with a hearing to be set in <u>US v. Douglas</u>, 07-cr-45-PB.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to October 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the

ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    No further continuances.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

August 28, 2007

cc:   Harry Batchelder, Esq.
      Peter Papps, Esq.
      United States Probation
      United States Marshal